# United States District Court

## NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
v.
MATTHEW WEIGMAN (1)
SEAN PAUL BENTON (2)

CRIMINAL COMPLAINT

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 2 2008
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

CASE NUMBER 3-08-181 M

I, ALLYN LYND the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about April 2008 and continuing until at least May 18, 2008, in the Northern District of Texas and else where, defendant(s) Matthew Weigman and Sean Paul Benton,

did use intimidation, threaten, or corruptly persuade WS, a witness in a proceeding in the NDTX, or attempt to do so, or engage in misleading conduct toward WS, with intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of 18 U.S.C. §1512(B)(3);

did knowingly engage in conduct and thereby caused bodily injury to another person or damaged the tangible property of another person, or threatened to do so, with intent to retaliate against any person for (1) the attendance of WS, a witness in a proceeding in the NDTX, at an official proceeding, or any testimony given or any record, document, or other object produced by WS in an official proceeding; or (2) any information relating to the commission or possible commission of a Federal offense given by WS to a law enforcement officer; or attempt to do so   , in violation of 18 U.S.C. §1513(b); and

did knowingly, with the intent to retaliate, take an action harmful to WS, a witness in a proceeding in the NDTX, including interference with the lawful employment or livelihood of WS, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, in violation of 18 U.S.C. §1513(e).

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the facts set out in the attached affidavit.

_____
ALLYN LYND
Special Agent
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

MAY 22, 2008                                at    DALLAS, TEXAS
Date                                                  City and State

WM. F. SANDERSON, JR.
United States Magistrate Judge            _____
Name and Title of Judicial Officer               Signature of Judicial Officer